```
 1
 2
 3
 4
 5
 6
 7
 8                          IN THE UNITED STATES DISTRICT COURT
 9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JAMES T. DICKERSON, JR.,
11             Plaintiff,                No. CIV S-05-1428 LKK KJM P
12        vs.
13   JIM POPE, et al.,
14             Defendants.               ORDER
15   _____/
```

16    Plaintiff, an inmate proceeding pro se, has filed a civil rights action under 42

17 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis under 28 U.S.C.

18 § 1915. Plaintiff has not, however, filed a certified copy of his inmate trust account statement for

19 the six month period immediately preceding the filing of the complaint. See 28 U.S.C.

20 § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his inmate

21 trust account statement.

22    In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall

23 submit, within thirty days from the date of this order, a certified copy of his inmate trust account

24 statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

25 /////

26 /////

1 | failure to comply with this order will result in a recommendation that this action be dismissed
2 | without prejudice.
3 | DATED: July 22, 2005.

UNITED STATES MAGISTRATE JUDGE

/kf
dick1428.3cn