IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES T. DICKERSON, JR.,

      Plaintiff,                         No. CIV S-05-1428 LKK KJM P

   vs.

JIM POPE, et al.,

      Defendants.                ORDER

_____/

       Plaintiff, an inmate proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis under 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his inmate trust account statement.

       In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

/////

/////

1

1  failure to comply with this order will result in a recommendation that this action be dismissed
2  without prejudice.
3  DATED: July 22, 2005.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/kf
dick1428.3cn

2