1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JAMES T. DICKERSON, JR.,

11            Plaintiff,                    No. CIV S-05-1428 LKK KJM P

12        vs.

13    JIM POPE, et al.,

14            Defendants.                   ORDER

15    _____/

16            Plaintiff, an inmate proceeding pro se, has filed a civil rights action pursuant to 42

17    U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18    U.S.C. § 1915.  Plaintiff still has not, however, filed a certified copy of his inmate trust account

19    statement for the six month period immediately preceding the filing of the complaint.  See 28

20    U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his

21    inmate trust account statement.[1]

22            In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall

23    submit, within thirty days from the date of this order, a certified copy of his inmate trust account

24    _____

25        [1]  While plaintiff has submitted an authorized officers' report of summary information on
      his trust account, the court has not received the separate copy of the trust account statement itself,
26    which is described immediately above the officer's signature line on the form the court has
      received.  The court still requires a certified copy of the trust account statement itself.

1

1  statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's

2  failure to comply with this order will result in a recommendation that this action be dismissed

3  without prejudice.

4  DATED:  August 22, 2005.

_____

UNITED STATES MAGISTRATE JUDGE

/kf
dick1428.3cn(1)